IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL LEVAC                                                                                                         PLAINTIFF

v.                                      Case No. 6:25-cv-06018

MIKE MCCORMICK,
Sheriff, Garland County, Arkansas                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 31, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Ford recommends that the Court dismiss Plaintiff's Complaint (ECF No. 1) without prejudice for failure to comply with the Court's Local Rules and Orders, and for failure to prosecute this case.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Local Rules and Orders, and for failure to prosecute this case.

**IT IS SO ORDERED**, this 4th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge